

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONICIO CARVENTE-PEREZ, | ) |
| | ) Civ. No. 11-0632GT |
| Petitioner, | ) Cr. No. 10-0367GT |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent. | ) |
| | ) |

On November 5, 2012, Petitioner, Deonicio Carvente-Perez, submitted a Notice of Appeal, which requires a certificate of appealability. However, an appeal may not be taken unless this Court issues a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1). In order to receive a Certificate of Appealability, Petitioner must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

After reviewing Petitioner's Notice of Appeal, the record in this case and the order denying Petitioner's Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255, the Court finds that the Petitioner has <u>not</u> made a substantial showing of a denial of a constitutional right. Accordingly,

**IT IS ORDERED** that this Court will **not** issue a certificate of appealability in this case.

**IT IS SO ORDERED**.

__11/9/12__
date

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter     Petitioner